UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-61916-ROSENBERG

ERIC ROGERS,

    Plaintiff,

v.

E.N. CENTER, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the Plaintiff's Voluntary Dismissal at docket entry 10. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of November, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record